STATE OF NEW JERSEY v. IRA RAINEY.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD BOON.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J.M.

June 21, 1988.

Petition for certification denied.